NUMBER 13-07-308-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


REGENTS OF THE UNIVERSITY OF CALIFORNIA 

SAN FRANCISCO, Appellant,


v.



MICHAEL ESCAMILLA, M.D., Appellee.

___________________________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, REGENTS OF THE UNIVERSITY OF CALIFORNIA SAN FRANCISCO,
perfected an appeal from an order entered by the 139th District Court of Hidalgo
County, Texas, in cause number C-2195-C. After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant states that it
longer wishes to pursue this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 21st day of June, 2007.